SCAD-14-0000799

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

KHALED S. MUJTABAA,
Respondent.

———————————————————————————————

ORIGINAL PROCEEDING
(ODC CASE NOS. 12-042-9058, 13-036-9106)

<u>ORDER</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Respondent Khaled S. Mujtabaa's Motion for Reconsideration of Order of Suspension, or Alternatively, for Delay of Effective Date of Suspension, which we deem a motion to amend or vacate the 180-day suspension of Respondent Mujtabaa from the practice of law, or in the alternative, a motion to extend the 30-day period in which he must withdraw from practice, and the record herein,

IT IS HEREBY ORDERED that the motion to extend the 30-day period in which Respondent must withdraw from the practice of

law is granted.  The effective date of Respondent's suspension is therefore extended an additional 30 days from the effective date set forth in the Order of Suspension, filed June 24, 2014.

IT IS HEREBY FURTHER ORDERED that the motion is denied in all other respects.

DATED:  Honolulu, Hawaiʻi, August 13, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael W. Wilson

2